## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50039 - 3 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA VS TREMAIN GORDON | | |

**DOCKET ENTRY TEXT:**

Initial Appearance proceedings held. Defendant appears in response to arrest. Court appoints Dennis Ryan as counsel. Defendant informed of rights. Financial affidavit due August 26, 2008. USA moves for detention. Detention hearing/ preliminary hearing set for August 20, 2008 at 10:00 am. Enter order of temporary detention.

Docketing to mail notices.

Case 3:08-cr-50039   Document 7   Filed 08/19/2008   Page 1 of 1

| | Courtroom Deputy Initials: | GG |
|---|---|---|