Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50039 - 3 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. TREMAIN GORDON | | |

**DOCKET ENTRY TEXT:**

Defendant waives right to a preliminary hearing. Court enters finding of probable cause. Detention hearing held. Enter order setting conditions of release. Status hearing set for August 27, 2008 at 10:30 am.

Notices mailed by Judicial staff.

00:15



| | Courtroom Deputy Initials: | GG |
|---|---|---|